To: U.S. District Court Clerk
From: William D. Riley EL
B08069 STA-C.C.
P.O. Box 112
Joliet, Illinois [60434-0112]

**FILED** 4/4/16

APR 2 5 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

15 C 11180 ⟺ Court Order issued on March 3, 2016 informa pauperis on #3, and #4

I'm sending this "Trust Fund, Transaction Statement" as a backup. because I've already placed in the institutional mail on 4/1/16 (2) In Forma Pauperis applications and 40 copies of the Amended complaint as the Court directed plaintiff to do. But just in case anything goes wrong, I'm sending this extra copy of my Trust Fund-Transaction from 5/1/15 to 3/16/16 that shows my past and present financial status. I Thank You in Advance.

Sincerely

William D. Riley El

P.S. I'm placing the Trust Fund-Transaction Statement in the institutional mail on 4/4/16 as a back-up to the placement of the previous placement of (2) In forma Pauperis applications and 40 copies of an Amended Complaint.

Date: 3/16/2016  
Time: 15:17:47  
CHAMP  

**Stateville Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement  
5/1/2015 to 3/16/2016  

Page 1 of 2

**Inmate:** B03069 Riley, William        **Housing Unit:** STA-X -UC-04

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance: | | 0.00 |
| 08/07/15 | Payroll | 20 Payroll Adjustment | 2191241 | | P/R month of 7 2015 | | 5.10 | 5.10 |
| 08/24/15 | Mail Room | 04 Intake and Transfers In | 2362244 | 101955 | Pontiac C.C. | | .14 | 5.24 |
| 08/24/15 | Mail Room | 04 Intake and Transfers In | 2362244 | 102278 | Pontiac C.C. | | 3.06 | 8.30 |
| 08/25/15 | Disbursements | 84 Library | 2373244 | Chk #183537 | jb45356, DOC: 523 Fu, 08/19/2015 | Inv. Date: | -3.60 | 4.70 |
| 08/25/15 | Disbursements | 84 Library | 2373244 | Chk #183537 | jb45369, DOC: 523 Fu, 08/19/2015 | Inv. Date: | -2.40 | 2.30 |
| 09/10/15 | Payroll | 20 Payroll Adjustment | 2531241 | | P/R month of 8 2015 | | 10.00 | 12.30 |
| 10/01/15 | Disbursements | 84 Library | 2743244 | Chk #184087 | jb46844, DOC: 523 Fu, 09/15/2015 | Inv. Date: | -6.00 | 6.30 |
| 10/01/15 | Disbursements | 84 Library | 2743244 | Chk #184087 | jb47601, DOC: 523 Fu, 09/28/2015 | Inv. Date: | -2.40 | 3.90 |
| 10/09/15 | Payroll | 20 Payroll Adjustment | 2821241 | | P/R month of 9 2015 | | 9.66 | 13.56 |
| 11/10/15 | Payroll | 20 Payroll Adjustment | 3141241 | | P/R month of 102015 | | 4.42 | 17.98 |
| 11/10/15 | Disbursements | 84 Library | 3143244 | Chk #184839 | jb49479, DOC: 523 Fu, 10/26/2015 | Inv. Date: | -4.20 | 13.78 |
| 11/10/15 | Disbursements | 84 Library | 3143244 | Chk #184839 | JB49738, DOC: 523 Fu, 10/27/2015 | Inv. Date: | -.60 | 13.18 |
| 11/10/15 | Disbursements | 84 Library | 3143244 | Chk #184839 | JB49887, DOC: 523 Fu, 10/29/2015 | Inv. Date: | -10.00 | 3.18 |
| 11/10/15 | Disbursements | 84 Library | 3143244 | Chk #184839 | jb50034, DOC: 523 Fu, 11/03/2015 | Inv. Date: | -.25 | 2.93 |
| 12/28/15 | Disbursements | 84 Library | 3623244 | Chk #185718 | jb51806, DOC: 523 Fu, 12/07/2015 | Inv. Date: | -2.60 | .33 |

| | |
|---|---|
| Total Inmate Funds: | .33 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 707.80 |
| Funds Available: | -707.47 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 07/31/2015 | jb44166 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $109.90 |
| 07/31/2015 | jb44175 | Disb | Copies | 99999 DOC: 523 Fund Inmate Reimburseme | $157.20 |
| 08/05/2015 | jb44461 | Disb | Library-2013 | 99999 DOC: 523 Fund Inmate Reimburseme | $83.00 |
| 09/08/2015 | jb46486 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $22.90 |
| 09/15/2015 | jb46995 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $30.00 |
| 10/07/2015 | jb48559 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $21.40 |
| 11/05/2015 | JB50209 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $11.10 |
| 11/05/2015 | JB50212 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $47.00 |
| 12/07/2015 | jb51805 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $37.40 |
| 12/17/2015 | jb52762 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $1.80 |
| 12/17/2015 | jb52776 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $0.80 |
| 12/17/2015 | jb52778 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $174.10 |
| 12/29/2015 | jb53588 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $1.70 |
| 12/30/2015 | dl53718 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $5.00 |

2 copies from this Date to present

| | | | | | |
|---|---|---|---|---|---|
| Date : 3/16/2016 | | | Stateville Correctional Center | | Page 2 of 2 |
| Time : 15:17:47 | | | Trust Fund | | |
| CHAMP | | | Inmate Transaction Statement | | |
| | | | 5/1/2015 to 3/16/2016 | | |

**Inmate:** B03069 Riley, William  **Housing Unit:** STA-X -UC-04

RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 12/30/2015 | jb53956 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $1.00 |
| 12/30/2015 | jb54020 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $0.50 |
| 01/06/2016 | JM54305 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $3.00 |
| | | | | **Total Restrictions:** | **$707.80** |