(Letter #4)

TO: U.S. District Court Clerk
"Prisoner Correspondence"
C/o Case# 15 cv 11180

10/17/16

From: William A. Riley EL - Plaintiff
B03069 S.T.A.C.C.
P.O. Box 112
Joliet, Illinois [60434-0112]

FILED
OCT 20 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Hello,

Plaintiff seeks information on what defendants have been served and which ones have not been served with summonses. Plaintiff haven't received any notices in the mail of waivers or anything. I Thank you in advance.

Sincerely
William A. Riley EL