IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM RILEY-EL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15 C 11180 |
| | ) | |
| v. | ) | Honorable Joan B. Gottschall |
| | ) | |
| SALVADOR GODINEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendants, Joshua Clements, Michael Range, Charles Best, Tarry Williams, Nicholas Lamb, David Mansfield, and Theodore Fredricks, by and through their attorney, Lisa Madigan, Attorney General for Illinois, and pursuant to Fed.R.Civ.P. 12(b)(6), hereby move to dismiss Plaintiff's Amended Complaint as fully set forth in their Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Amended Complaint. Defendants respectfully request that this Court grant the instant motion in their favor.

Dated: November 4, 2016　　　　　　　　　Respectfully submitted,

LISA MADIGAN
Attorney General of the State of Illinois

　　　　　　　　　　　　　　　　　　　　By:　*/s/* Deborah J. Baker
　　　　　　　　　　　　　　　　　　　　　　　Deborah J. Baker
　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　Office of the Illinois Attorney General
　　　　　　　　　　　　　　　　　　　　　　　100 West Randolph Street, 13th Floor
　　　　　　　　　　　　　　　　　　　　　　　Chicago Illinois 60601
　　　　　　　　　　　　　　　　　　　　　　　(312) 814-2035

## CERTIFICATE OF SERVICE

TO: William D. Riley (#B-03069)
      Stateville Correctional Center - STV
      P.O. Box 112
      Joliet, IL 60434

      The undersigned certifies that on November 4, 2016, she electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. The undersigned further certifies that the foregoing document was served upon the above individual via U.S. first class mail (the next business day if mailed after 3:00 p.m.), proper postage prepaid.

                                                                         */s/ Deborah J. Baker*