PC SCAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

WILLIAM D. RILEY-EL )
    Plaintiff, ) Case No. 15 CV 11180
     )
VS. ) Honorable John Z. Lee
     )
SALVADOR GODINEZ, et.al., )
    Defendants )

FILED
1/10/2019 YT
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TO: "CLERK OF THE DISTRICT COURT"

Now Come Plaintiff, William D. Riley EL Requesting (3) three blank subpoenas for production. Would you please affix your hand and seal upon them. I Thank you in advance.

1/10/19

Respectfully submitted
[All Rights Reserved without prejudice
UCC 1-305/1-207]

William D. Riley El ©TM
William D. Riley El ©TM
B03069 STA.C.C.
P.O. Box 112
Joliet, Illinois [60434-0112]

IN THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION

SCANNED AT STATEVILLE CC and E-mailed
1-10-19 by CK   2 pages
date   initials   No.

William D. Riley EL B03069 )
Plaintiff/Petitioner )
)
Vs. ) No. 15 CV 11180
Salvador Godinez et al., ) Honorable John Z. LEE
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: "District Court Clerk"
Prisoner Correspondence
219 S. Dearborn St

TO: _____

NOTICE TO CLERK FOR SUBPOENAS (3)

PLEASE TAKE NOTICE that on January 10, 20 19, I placed the attached or enclosed documents ~~in the institutional mail~~ filed with the LAW CLERK at Stateville Correctional Center, properly addressed to the parties listed above, ~~for mailing through the United States Postal Service~~ for filing with the District Court

[All Rights Reserved, UCC 1-308/1-207]

DATED: 1/10/19

/s/ William D. Riley El ©™
Name: William D. Riley EL ©™
IDOC#: B03069 STA-C.C.
Address: P.O. Box 112
Joliet, Illinois 60434-0112]

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____
Notary Public