PC SCAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

WILLIAM D. RILEY-EL, ) Case No. 15 CV 11180
   Plaintiff, )
                      )
VS. ) Honorable John Z. Lee
                      )
SALVADOR GODINEZ, et.al., ) Magistrate Judge Kim
   Defendants )

FILED LA
1/24/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TO: "CLERK OF THE DISTRICT COURT"

Now Come Plaintiff, William D. Riley EL Requesting (3) three blank subpoenas for production. Would you please affix your hand and seal upon them. I Thank you in advance.

1/24/19

Respectfully submitted
All Rights Reserved without prejudice
UCC 1-308/1-207]

William D. Riley EL ©TM
William D. Riley EL ©TM
B03069 STA.C.C.
P.O. Box 112
Joliet, Illinois [60434-0112]

IN THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION

SCANNED AT STATEVILLE CC and E-mailed
1-24-19 by CK 2 pages
date    initials   No.

William D. Riley-EL B03069 )
Plaintiff/Petitioner )
)
Vs. ) No. 15CV11180
)
Salvador Godinez ) Honorable John Z LEE
Defendant/Respondent ) Magistrate Judge Kim

## PROOF/CERTIFICATE OF SERVICE

TO: District Court Clerk                TO:
Prisoner Correspondence
219 S. Dearborn St.
Chicago, Illinois 60601

PLEASE TAKE NOTICE that on January 24, 20 19, I placed the attached or enclosed documents ~~in the institutional mail~~ filed with the law Clerk at Stateville Correctional Center, properly addressed to the parties listed above ~~for mailing through the United States Postal Service~~ for filing with the District Court

DATED: 1/24/19

[All Right Reserved, UCC 1-308/1-207]
/s/ William D. Riley-EL ©TM
Name: William D. Riley-E
IDOC#: B03069
Address: P.O. Box 112
Joliet, Illinois [60434-0112]

Subscribed and sworn to before me this _____ day of _____ 20 _____.

_____
Notary Public