PC SCAN

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| William D. Riley-EL,<br>Plaintiff<br><br>v.<br><br>Salvador Godinez et. al.,<br>Defendants. | Case No. 15 CV 11180<br><br>Honorable Judge John Z. Lee<br>Magistrate Judge _____ |

FILED 4/23/2019 LA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## PLAINTIFF'S SECOND REQUEST FOR A MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Now comes Plaintiff, William D. Riley EL, pro se, and pursuant to Fed. R. Civ. P. 6(b)(1)(A), respectfully request an extension of time to file his response to defendants motion for summary judgment. In support thereof, Plaintiff state the following:

1. Plaintiff, William D. Riley EL, an inmate at Stateville Correctional Center, brought this pro se law suit pursuant to 42 U.S.C. § 1983 alleging multiple counts of retaliation against defendants, which consisted of a course and pattern of harassment and retaliation dating back to 2013.

2. On March 25, 2019 Defendants filed a motion for summary judgment, after two extension of time, to the Court electronicly. On or about April 2, 2019 Plaintiff received a copy of defendants motion for summary judgment.

3. Plaintiff asserts that on or about April 1, 2019, plaintiff requested a med. tech. because plaintiff couldn't move without suffering severe pain in his torso. Plaintiff was wheeled to the Health Care Unit, and examined by nurse Kimberly who assessed plaintiff with a kidney infection and some type of intestinal virus. Plaintiff was given medication (Sulfamethoxazole-TMP DS 800-160 MG TAB Generic for: Bactrim DS, and Ondansetron 4 MG TAB, Generic for: Zofran. Plaintiff asserts that he has been bed ridden since contracting this illness and will be unable to make the 4/25/19, deadline to respond to defendants motion for summary judgment.

4. Plaintiff asserts that this is his second request for an extension of time to respond to defendants motion for summary judgment. Plaintiff asserts that he is a hemodialysis patient who receives treatment three times a week. Plaintiff knew that he would need time to heal from the kidney infection and intestinal virus. Thats why plaintiff requested the extenstion of time early because plaintiff wouldn't have been able to physically respond to defendants motion given the illness plaintiff was suffering from.

5. Accordingly, Plaintiff requires a breif extenstion to regain his health, because at the moment plaintiff is going through the side affects of the medication, with a upset stomach, and diarrhea, and needs time file his response to defendants motion for summary judgment. Also, Plaintiff needs time to marshall the facts to put forth a meaningful response to defendants motion.

6. This motion for extension of time is brought in good faith and not for purposes of delay or any other improper purpose, and the parties will not be unduly prejudiced should it be granted.

WHEREFORE, Plaintiff respectfully request that this Honorable Court extend the deadline for Plaintiff to respond to defendants motion for summary judgment to May 25, 2019, and grant any such further relief as the Court deems necessary and just.

4/22/19

Respectfully submitted,
[All rights reserved, UCC 1-308/1-207]
William D. Riley-EL ©™
William D. Riley EL ©™
BG3069 STA.C.C.
P.O. Box 112
Joliet, Illinois 60434-0112

SCANNED AT STATEVILLE CC and E-mailed
4-23-19 by ck 4 pages
date     initials   No.

IN THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

William D. Riley-EL B03069
Plaintiff/Petitioner

Vs.

Salvador Godinez et.al,
Defendant/Respondent

No. 15 CV 11180
Honorable Judge John Z Lee
Magistrate Judge Young B. Kim

PROOF/CERTIFICATE OF SERVICE

TO: "U.S. District Court Clerk"
Prisoner Correspondence
219 S. Dearborn St.
Chicago, Illinois

TO: Colleen M. Shannon (AAG)
100 W. Randolph St., 13th Floor
Chicago, Illinois

PLEASE TAKE NOTICE that on April 22, 20 19. I placed the attached or enclosed documents ~~in the institutional mail~~ at Stateville Correctional Center, properly addressed to the parties listed above for ~~mailing through the United States Postal Service~~ E. Filing

[All Rights Reserved, UCC 1-308/1-207]

DATED: 4/22/19

/s/ William D. Riley-El
Name: William D. Riley-EL
IDOC#: B03069
Address: P.O. Box 112
Joliet, Illinois 60434-0112

Subscribed and sworn to before me this _____ day of _____ 20 _____

Notary Public