TO: "U.S. District Court Clerk"  1/5/20
FROM: William D. Riley-EL - 15 CV 11180
B65069 STA.C.C.
P.O. Box 112, Joliet, Illinois [60484-0112]

Dear Clerk

I'm requesting the "present status" of the following case # 15 CV 11180 in front of Judge John Z. Lee for Summary Judgment determination since June of 2019. I Thank you in advance

Sincerely,
William D. Riley-EL

FILED
1/13/2020
JAN 13 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

William D. Riley
B03069 STA-C.C.
P.O. Box 112
Joliet, Illinois [60434-0112]

IDOC LEGAL MAIL

U.S. POSTAGE  PITNEY BOWES
ZIP 60434  $ 000.50⁰
02 4W
0000371311 JAN 06 2020

(LEGAL MAIL)
1/5/20

2020 JAN 13 AM 8:45

"U.S. District Court Clerk"
Prisoner Correspondence
219 S. Dearborn St
Chicago, Illinois [60604]

(LEGAL MAIL)
1/5/20

01/13/2020-30

(LEGAL MAIL)
1/5/20