# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

William D. Riley El

                    Plaintiff,

v.                                           Case No.: 1:15−cv−11180

                                               Honorable John Z. Lee

Salvador Godinez, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 14, 2021:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 6/14/21. The jury trial is set for 2/28/22 at 9:00 a.m. The parties should meet and confer to discuss a pretrial order deadline and pretrial conference date and send a joint email to the courtroom deputy. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.